■ GERALD F. CRAMER, Individually and as Parent and Natural Guardian of JASON CRAMER, an Infant, Appellant, v DONALD J. JAGOW, Respondent. (Action No. 1.) GERALD F. CRAMER, Individually and as Parent and Natural Guardian of JASON CRAMER, an Infant, Appellant, v TOLEDO SCALE CO., INC., et al., Respondents. (Action No. 2.)—Order unanimously affirmed without costs for reasons stated in memorandum decision at Special Term, Joslin, J. *(see, Matter of Rougeron,* 17 NY2d 264, 271, *cert denied sub nom. Rougeron v Rougeron,* 385 US 899). (Appeal from order of Supreme Court, Niagara County, Joslin, J.—infant settlement.) Present—Dillon, P. J., Callahan, Denman, Pine and Lawton, JJ.

■ WINTERGARDEN INN ASSOCIATES, NATIONAL URBAN VENTURES, INC., Formerly Known as LEHR'S GREENHOUSE RESTAURANT OF NEW YORK, INC., Appellant, v JOHN PROZERALIK et al., Respondents.—Order unanimously affirmed with costs for reasons stated at Special Term, Ostrowski, J. (Appeal from order of Supreme Court, Niagara County, Ostrowski, J.—dismiss complaint.) Present—Dillon, P. J., Callahan, Denman, Pine and Lawton, JJ.